1  JONATHAN S. O'DONNELL (State Bar No. 100051)
   jon@mbvlaw.com
2  PETE RYAN (State Bar No. 134291)
   peter@mbvlaw.com
3  MBV LAW LLP
   855 Front Street
4  San Francisco, California 94111
   Telephone:  (415) 781-4400
5  Facsimile:  (415) 989-5143

6  Attorneys for Plaintiff CONCRETE POLISHING
   TECHNOLOGIES, INC. dba PERFECT
7  POLISH, INC.

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA, for the             CASE NO.
    use of CONCRETE POLISHING TECH-
14  NOLOGIES, INC. dba PERFECT POLISH,            **NOTICE OF PENDENCY OF OTHER**
    INC. and CONCRETE POLISHING                   **ACTIONS OF PROCEEDINGS [Civil**
15  TECHNOLOGIES, INC.,                           **Local Rule 3-13]**

16                 Plaintiffs,

17           v.

18  AMERICAN CASUALTY COMPANY OF
    READING, PENNSYLVANIA; CONTI-
19  NENTAL CASUALTY COMPANY; NA-
    TIONAL UNION FIRE INSURANCE
20  COMPANY OF PITTSBURGH, PA;
    DICK/MORGANTI, a joint venture; DICK
21  CORPORATION, a Pennsylvania corpora-
    tion; THE MORGANTI GROUP, INC., a
22  Connecticut corporation;
    DICK/MORGANTI/NIBBI, a joint venture;
23  and NIBBI BROS. INC., a California corpo-
    ration,
24
                   Defendants.
25

26        Pursuant to Civil Local Rule 3-13, plaintiff Concrete Polishing Technologies, Inc. dba

27  Perfect Polish, Inc. ("Perfect Polish") is aware of two related cases.

28        The first related case was filed in the United States District Court, Northern District of

California, San Francisco Division, and is entitled *United States of America for the Use and Benefit of Webcor Construction, Inc. dba Webcor Builders, et al v. Dick/Morganti, et al*, Case No. C-07-2564 (CRB).  This case was filed on May 15, 2007 for breach of contract, enforcement of a Miller Act payment bond and quantum meruit.  On information and belief, plaintiff Perfect Polish alleges that the first related case concerning the General Services Administration federal building located at the corner of Seventh and Mission Streets in San Francisco and is brought by Webcor, a subcontractor on said project, for failure of the general contractor, Dick/Morganti, to pay sums due and owing under Webcor's subcontract.  The case is currently pending before the Honorable Charles R. Breyer, United States District Judge Presiding.

The second related case was filed in the United States District Court, Northern District of California, San Francisco Division, and is entitled *United States of America for the Use and Benefit of Performance Contracting, Inc. v. Dick/Morganti, et al*, Case No. C-07-4180 (CRB).  This case was filed on August 15, 2007 for breach of contract, enforcement of a Miller Act payment bond and unjust enrichment.  On information and belief, plaintiff Perfect Polish alleges that the second related case concerns the General Services Administration federal building located at the corner of Seventh and Mission Streets in San Francisco and is brought by Performance Contracting, Inc., a subcontractor on said project, for failure of the general contractor, Dick/Morganti, to pay sums due and owing under Performance Contracting's subcontract.  The case is currently pending before the Honorable Charles R. Breyer, United States District Judge Presiding.

The first and second related cases were consolidated by Stipulated and Order for Consolidation dated September 20, 2007.

Both the related cases and the instant case involve the General Services Administration building in San Francisco and are brought by subcontractors who worked on the project.  All three cases also involve claims by subcontractors for nonpayment under their respective subcontracts against the general contractor and the sureties that provided the payment bond.  The cases involve the same subject matter and substantially all of the same parties.

Perfect Polish alleges on information and belief that consolidating the instant case with the aforementioned two related cases, which have already been consolidated, before Judge Breyer

1  in Case No. C-07-2564 would avoid conflicts, conserve resources, and promote an efficient de-
2  termination of the actions.
3      Dated:  December 4, 2007.
4                                                            MBV LAW LLP

6                                                            By    s/JONATHAN S. O'DONNELL
                                                                        JONATHAN S. O'DONNELL
7  Attorneys for Plaintiff CONCRETE POLISHING
   TECHNOLOGIES, INC. dba PERFECT POLISH,
8  INC.

MBV LAW LLP
855 FRONT STREET
SAN FRANCISCO CA 94111

-3-    NOTICE OF PENDENCY OF ACTION

91296.01\383365.DOC