RAYMOND M. BUDDIE    (SBN 121353)
RICK W. GRADY        (SBN 235976)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 837-1968
Facsimile: (415) 837-1320

Attorneys for Defendants, AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of CONCRETE POLISHING TECHNOLOGIES, INC. dba PERFECT POLISH, INC. and CONCRETE POLISHING TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; DICK /MORGANTI, a joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC.; DICK/MORGANTI/NIBBI, a joint venture; and NIBBI BROS. INC., a California corporation,<br><br>Defendants. | Case No.: 3:07-cv-6129-CRB<br><br>**NOTICE OF SETTLEMENT** |

Counsel for Plaintiff and Defendants in the above-captioned matter hereby jointly provide the Court notice that the parties have reached a settlement agreement whereby, assuming the satisfaction of certain conditions, this case will be dismissed on or before April 20, 2008. The parties request that this case be administratively closed until such time that either the dismissal is

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

51352.01/4360-153100/P

1
NOTICE OF SETTLEMENT

Case No.:
3:07-cv-6129-CRB

1  filed, or one of the parties notifies the Court that the settlement was not completed.

2
3  Dated: ~~February~~ March 3, 2008          MBV LAW LLP
4
5                                             By: /s/ _____
6                                             Jonathan S. O'Donnell
                                               L. Peter Ryan
7                                              Attorney for Plaintiff, CONCRETE
                                               POLISHING TECHNOLOGIES, INC. dba
8                                              PERFECT POLISH, INC.
9  Dated: ~~February~~ March 4, 2008
10                                             PECKAR & ABRAMSON, P.C.
11
12                                             By: /s/ _____
                                               Raymond M. Buddie (SBN 121353)
13                                             Rick W. Grady (SBN 235976)
                                               Attorney for Defendants,
14                                             DICK/MORGANTI; DICK
                                               CORPORATION; THE MORGANTI
15                                             GROUP, INC.; AMERICAN CASUALTY
                                               COMPANY OF READING,
16                                             PENNSYLVANIA; and NATIONAL
                                               UNION FIRE INSURANCE COMPANY
17                                             OF PITTSBURGH, PA
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Peckar & Abramson
A Professional Corporation

51352.01/4360-153100/P

2
NOTICE OF SETTLEMENT

Case No.:
3:07-cv-6129-CRB