1  RAYMOND M. BUDDIE, (SBN 121353)
   RICK W. GRADY (SBN 235976)
2  PECKAR & ABRAMSON, P.C.
3  455 Market Street, 21st Floor
   San Francisco, California 94105
4  Telephone: (415) 837-1968
   Facsimile: (415) 837-1320
5
   Attorneys for Defendants, AMERICAN CASUALTY COMPANY OF READING,
6  PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY; NATIONAL UNION FIRE
   INSURANCE COMPANY OF PITTSBURGH, PA; DICK/MORGANTI, DICK
7  CORPORATION, THE MORGANTI GROUP, INC.
8

9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| UNITED STATES OF AMERICA, for the use of CONCRETE POLISHING TECHNOLOGIES, INC. dba PERFECT POLISH, INC. and CONCRETE POLISHING TECHNOLIGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; DICK/MORGANTI, a joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; DICK/MORGANTI/NIBBI, a joint venture; and NIBBI BROS. INC., a California corporation, <br><br> Defendants. | Case No.: 3:07-cv-6129-CRB <br><br> **PROOF OF SERVICE** |
|---|---|

1

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

PROOF OF SERVICE                              Case No. 3:07-cv-6129-CRB
51012.01/03/04/08

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On March 4, 2008, I served the within documents:

**NOTICE OF SETTLEMENT; [PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as follows:

☐ by transmitting such document(s) from the facsimile machine number (415) 837-1320. I certify that a report was generated by facsimile machine (415) 837-1320 and confirms said transmission was completed and that all pages were received.

☐ by arranging for personal delivery through a delivery service by providing the service with a sealed envelope fully addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Fed Ex envelope with payment to our account, at San Francisco, California addressed as follows:

☒ Said document was electronically served through the Court's CM/ECF system to the e-mail addresses on file with the Court in this matter.

Johnathan S. O'Donnell
Pete Ryan
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:    (415) 781-4400
Facsimile:    (415) 989-5143
jon@mbvlaw.com
peter@mbvlaw.com
**Attorneys for Plaintiff, CONCRETE POLISHING TECHNOLOGIES, INC. dba PERFECT POLISH, INC.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 4, 2008, at San Francisco, California.

| Anna M. Lupian | /s/ Anna M. Lupian |
|---|---|
| Printed Name | Signature Line |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

2

PROOF OF SERVICE
51012.01/03/04/08

Case No. 3:07-cv-6129-CRB