1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of CONCRETE POLISHING TECHNOLOGIES, INC. dba PERFECT POLISH, INC. and CONCRETE POLISHING TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; CONTINENTAL CASUALTY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; DICK /MORGANTI, a joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC.; DICK/MORGANTI/NIBBI, a joint venture; and NIBBI BROS. INC., a California corporation,<br><br>Defendants. | Case No.: 3:07-cv-6129-CRB<br><br>**[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT** |

The Court, having considered the NOTICE OF SETTLEMENT filed by Plaintiff and Defendants wherein the parties informed the Court that they have reached a settlement agreement whereby, subject to the satisfaction of certain conditions, this case will be dismissed without prejudice on or before April 20, 2008, orders that this case shall be administratively

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1

[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT

51369.01/4360-153100/P

Case No.: 3:07-cv-6129-CRB

1  closed until such time that either a dismissal is filed or one of the parties notifies the Court that
2  the settlement was not completed.
3  **IT IS SO ORDERED.**
4
5  Dated: _____, 2008        _____
6                                        Honorable Charles R. Breyer

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

2
[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT
51369.01/4360-153100/P
Case No.: 3:07-cv-6129-CRB