1   JONATHAN S. O'DONNELL (SBN 100051)
    jon@mbvlaw.com
2   PETE RYAN (SBN 134291)
    peter@mbvlaw.com
3   MBV LAW LLP
    855 Front Street
4   San Francisco, California 94111
    Telephone:    415-781-4400
5   Facsimile:    415-989-5143

6   Attorneys for Plaintiffs United States of
    America for the use of Concrete Polishing
7   Technologies, Inc. dba Perfect Polish, Inc.
    and Concrete Polishing Technologies, Inc.

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA for the        CASE NO. 3:07CV-6129-CRB
    use of CONCRETE POLISHING TECH-
13  NOLOGIES, INC. dba PERFECT POL-         **STIPULATION FOR DISMISSAL**
    ISH, INC., et al.
14
                                            
15              Plaintiffs,

16          v.

17  AMERICAN CASUALTY COMPANY OF
    READING, PENNSYLVANIA; et al.,
18
                Defendants.

19

20

21          IT IS HEREBY STIPULATED by and between the parties, through their re-

22  spective counsel, that the above entitled matter be dismissed without prejudice pursuant

23  to FRCP 41(a)(1), with each party to bear its own attorneys fees and costs.  This stipula-

24  tion is filed in accordance with the Court's Order for Administrative Stay Pursuant to

25  Notice of Settlement dated March 5, 2008.

26  ///

27  ///

28  ///

MBV LAW LLP
101 VALLEJO STREET
SAN FRANCISCO CA 94111

MBV LAW LLP

Dated: April ___, 2008          By _____
                                        Pete Ryan
                                Attorneys for United States of America for the use of
                                Concrete Polishing Technologies, Inc. dba Perfect
                                Polish, Inc., and Concrete Polishing Technologies,
                                Inc.

PECKAR & ABRAMSON, P.C.

Dated: April ___, 2008          By _____
                                        Rick W. Grady
                                Attorneys for Defendants Dick/Morganti; Dick Cor-
                                poration; The Morganti Group, Inc.; American
                                Casualty Company of Reading Pennsylvania; and
                                National Union Fire Insurance Company of Pitts-
                                burgh, PA; Continental Casualty Company

M B V   L A W   L L P
101 VALLEJO STREET
SAN FRANCISCO CA 94111

-2-                     STIPULATION FOR DISMISSAL
                        NO. 3:07-CV-6129-CRB

91296.01/390536.DOC