JONATHAN S. O'DONNELL (SBN 100051)
jon@mbvlaw.com
PETE RYAN (SBN 134291)
peter@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:    415-781-4400
Facsimile:     415-989-5143

Attorneys for Plaintiffs United States of America for the use of Concrete Polishing Technologies, Inc. dba Perfect Polish, Inc. and Concrete Polishing Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of CONCRETE POLISHING TECHNOLOGIES, INC. dba PERFECT POLISH, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; et al.,<br><br>Defendants. | Case No. 3:07CV-6129-CRB<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the above entitled matter be dismissed without prejudice pursuant to FRCP 41(a)(1), with each party to bear its own attorneys fees and costs. This stipulation is filed in accordance with the Court's Order for Administrative Stay Pursuant to Notice of Settlement dated March 5, 2008.

///

///

///

|   |   |
|---|---|
|   | MBV LAW LLP |
| Dated: April 15, 2008 | By ___s/Pete Ryan___<br>Pete Ryan<br>Attorneys for United States of America for the use of Concrete Polishing Technologies, Inc. dba Perfect Polish, Inc., and Concrete Polishing Technologies, Inc. |
|   | PECKAR & ABRAMSON, P.C. |
| Dated: April 11, 2008 | By ___s/Rich W. Grady___<br>Rick W. Grady<br>Attorneys for Defendants Dick/Morganti; Dick Corporation; The Morganti Group, Inc.; American Casualty Company of Reading Pennsylvania; and National Union Fire Insurance Company of Pittsburgh, PA; Continental Casualty Company |

MBV LAW LLP
101 VALLEJO STREET
SAN FRANCISCO CA 94111

-2-  STIPULATION FOR DISMISSAL
No. 3:07-CV-6129-CRB

91296.01/390536.DOC